[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Thomas K. Jimmerson Jr.
aka Thomas Killian Jimmerson Jr.

_____Debtor*_____/

Case No. 3:10-bk-00589-JAF
Chapter 13

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on January 26, 2015, by Dilks & Knopik, LLC on behalf of Branch Banking and Trust Company. Having verified that the sum of $1,979.40 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 1,979.40 to:

Branch Banking and Trust Company
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

Dated: March 19, 2015

Jerry A. Funk
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.